| Fill in this information to identify the case: | | |
|---|---|---|
| United States Bankruptcy Court for the: | | |
| WESTERN DISTRICT OF WASHINGTON | | |
| Case number *(if known)* _____ | Chapter | **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

**1.  Debtor's name**        **Van's Equipment, Co.**

**2.  All other names debtor used in the last 8 years**
    Include any assumed names, trade names and *doing business as* names

**3.  Debtor's federal Employer Identification Number** (EIN)        **20-2142891**

**4.  Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **212 County Shop Lane** <br> **Burlington, WA 98233** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Skagit** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

**5.  Debtor's website** (URL)       **www.vansequipmentco.com**

**6.  Type of debtor**
    ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
    ☐ Partnership (excluding LLP)
    ☐ Other. Specify: _____

Debtor  **Van's Equipment, Co.**                                    Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_**5324**_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

| Debtor | **Van's Equipment, Co.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | Van's Equipment, Co. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 26, 2025**
                  MM / DD / YYYY

**X /s/ Alok Sharma**            **Alok Sharma**
Signature of authorized representative of debtor     Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ Thomas D. Neeleman**      Date **June 26, 2025**
Signature of attorney for debtor             MM / DD / YYYY

**Thomas D. Neeleman 33980**
Printed name

**Neeleman Law Group, P.C.**
Firm name

**1403 8th Street**
**Marysville, WA 98270**
Number, Street, City, State & ZIP Code

Contact phone    **(425) 212-4800**      Email address    **courtmail@expresslaw.com**

**33980 WA**
Bar number and State

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Alliance Funding**<br>**17542 17th St., Ste 200**<br>**Tustin, CA 92780** | | **Loan** | | | | **$37,829.00** |
| **Alliance Funding** | | **Loan** | | | | **$30,100.64** |
| **Balboa Capital**<br>**575 Anton Blvd, 12th Floor**<br>**Costa Mesa, CA 92626** | | **Loan** | | | | **$29,573.02** |
| **Cayan Funding** | | **Loan** | | | | **$32,043.79** |
| **Cayan Global Payglobal**<br>**Regatta Office Park, Winward 3**<br>**4th Floor, Esterly Tibbet Hwy**<br>**Grand Canyon, KY-1209**<br>**Cayman Islands** | | **Loan** | | | | **$34,018.00** |
| **Coyote Logistics**<br>**960 North Pkwy, Ste 150**<br>**Alpharetta, GA 30005** | | **Loan** | | | | **$23,769.12** |
| **Delangden** | | **Loan** | | | | **$42,000.00** |
| **Greg Van Zandt**<br>**P.O. Box 730**<br>**Anacortes, WA 98221** | | **Loan** | | | | **$250,000.00** |

| Debtor | Van's Equipment, Co. | | Case number *(if known)* | |
|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Key Bank National Assoc**<br>**4910 Tiedeman Road**<br>**Brooklyn, OH 44144** | | | | $2,456,489.00 | $0.00 | $2,456,489.00 |
| **Key Bank National Assoc**<br>**4910 Tiedeman Road**<br>**Brooklyn, OH 44144** | | | | $1,513,737.00 | $0.00 | $1,513,737.00 |
| **Keystone Ecf Payment**<br>**433 S. Main St. Ste 300**<br>**West Hartford, CT 06110** | | **Loan** | | | | $37,622.42 |
| **Lending Global Services**<br>**P.O. Box 10437**<br>**Greenville, SC 29603** | | **Loan** | | | | $40,946.00 |
| **Navitas Credit**<br>**203 Fort Wade Road, Ste 300**<br>**Ponte Vedra, FL 32081** | | **Loans** | | | | $86,575.00 |
| **North Mill Equipment Finance**<br>**601 Merritt 7 #5**<br>**Norwalk, CT 06851** | | **Loan** | | | | $20,163.00 |
| **Pawnee Leasing**<br>**3801 Automation Way, #207**<br>**Fort Collins, CO 80525** | | **Loan** | | | | $36,505.00 |
| **Sandhills Global Payment**<br>**131 West Grand Drive**<br>**Lincoln, NE 68521** | | **Loan** | | | | $44,946.51 |
| **Sandhills Machine Payment**<br>**131 West Grand Dr.**<br>**Lincoln, NE 68521** | | **Loan** | | | | $21,708.71 |
| **Targeted Lending Loan**<br>**5500 Main Street, Ste 300**<br>**Buffalo, NY 14221** | | **Loan** | | | | $35,143.37 |
| **Wells Fargo**<br>**300 E John Carpenter Freeway**<br>**Irving, TX 75062** | | **Line of Credit** | | | | $183,361.00 |

ALLIANCE FUNDING
17542 17TH ST., STE 200
TUSTIN, CA 92780


ATTORNEY GENERAL FOR WA STATE
BANKRUPTCY & COLLECTIONS UNIT
800 FIFTH AVE, 20TH FLOOR
SEATTLE, WA 98104


BALBOA CAPITAL
575 ANTON BLVD, 12TH FLOOR
COSTA MESA, CA 92626


BLUE BRIDGE FINANCIAL, INC.
11921 FREEDOM DR., STE 1130
RESTON, VA 20190


CAYAN FUNDING


CAYAN GLOBAL PAYGLOBAL
REGATTA OFFICE PARK, WINWARD 3
4TH FLOOR, ESTERLY TIBBET HWY
GRAND CANYON, KY-1209
CAYMAN ISLANDS


CORP SERVICE CO
P.O. BOX 2576
SPRINGFIELD, IL 62708


CORP SERVICE CO.
P.O. BOX 2576
SPRINGFIELD, IL 62708


COYOTE LOGISTICS
960 NORTH PKWY, STE 150
ALPHARETTA, GA 30005


CT CORP SYSTEM
330 N BRAND BLVD, STE 700
GLENDALE, CA 91203


DE LAGE LANDEN FINANCIAL SERV.
1111 OLD EAGLE SCHOOL RD
WAYNE, PA 19087

DELANGDEN


DESTINY DEVELOPMENT ENTERPRISE
P.O. BOX 1414
BELLEVUE, WA 98009


GREG VAN ZANDT
P.O. BOX 730
ANACORTES, WA 98221


IRS
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


KEY BANK NATIONAL ASSOC
4910 TIEDEMAN ROAD
BROOKLYN, OH 44144


KEYSTONE ECF PAYMENT
433 S. MAIN ST. STE 300
WEST HARTFORD, CT 06110


KEYSTONE EQUIPMENT FINANCE CO
433 NEW PARK AVENUE
WEST HARTFORD, CT 06110-1141


KOMATSU FINANCIAL LP
ONE CONTINENTAL TOWERS
1701 W GOLF RD., #300
ROLLING MEADOWS, IL 60008


LENDING GLOBAL SERVICES
P.O. BOX 10437
GREENVILLE, SC 29603


MARLIN LEASING CORP
300 FELLOWSHIP RD
MOUNT LAUREL, NJ 08054


NAVITAS CREDIT
203 FORT WADE ROAD, STE 300
PONTE VEDRA, FL 32081

NAVITAS CREDIT CORP
201 EXECUTIVE CENTER DR.,
STE 100
COLUMBIA, SC 29210


NORTH MILL CREDIT TRUST
9 EXECUTIVE CIRCLE, STE 230
IRVINE, CA 92614


NORTH MILL EQUIPMENT FINANCE
601 MERRITT 7 #5
NORWALK, CT 06851


PAWNEE LEASING
3801 AUTOMATION WAY, #207
FORT COLLINS, CO 80525


SANDHILLS GLOBAL PAYMENT
131 WEST GRAND DRIVE
LINCOLN, NE 68521


SANDHILLS MACHINE PAYMENT
131 WEST GRAND DR.
LINCOLN, NE 68521


SBA
1545 HAWKINS BLVD, STE 202
EL PASO, TX 79925


SBA
SEATTLE DISTRICT OFFICE
2401 FOURTH AVE, SUITE 450
SEATTLE, WA 98121


SBA
P.O. BOX 3918
PORTLAND, OR 97208-3918


SBA
409 3RD ST., SW
WASHINGTON, DC 20416


TARGETED LENDING CO., LLC
5500 MAIN STREET, STE 300
WILLIAMSVILLE, NY 14221

TARGETED LENDING LOAN
5500 MAIN STREET, STE 300
BUFFALO, NY 14221


UNITED STATES ATTORNEYS OFFICE
ATTN: BANKRUPTCY ASSISTANT
700 STEWART STREET, ROOM 5220
SEATTLE, WA 98101


VAN'S PROPERTIES IV, LLC
P.O. BOX 400
BURLINGTON, WA 98233


WA DEPARTMENT OF REVENUE
2101 4TH AVE, STE 1400
SEATTLE, WA 98121


WA DEPT OF L & I
BANKRUPTCY UNIT
P.O. BOX 44171
OLYMPIA, WA 98504


WA EMPLOYMENT SECURITY DEPT
P.O. BOX 9046
OLYMPIA, WA 98507-9046


WELLS FARGO
5000 RIVERSIDE DR., STE 300 E
IRVING, TX 75039-4314


WELLS FARGO
P.O. BOX 35701
BILLINGS, MT 59107


WELLS FARGO
300 E JOHN CARPENTER FREEWAY
IRVING, TX 75062

# United States Bankruptcy Court
## Western District of Washington

In re **Van's Equipment, Co.**
Debtor(s)

Case No. _____
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Van's Equipment, Co.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 26, 2025** | **/s/ Thomas D. Neeleman** |
| Date | **Thomas D. Neeleman 33980** |
| | Signature of Attorney or Litigant |
| | Counsel for **Van's Equipment, Co.** |
| | **Neeleman Law Group, P.C.** |
| | **1403 8th Street** |
| | **Marysville, WA 98270** |
| | **(425) 212-4800 Fax:(425) 212-4802** |
| | **courtmail@expresslaw.com** |